William Turley, Esq. (122408)
David Mara, Esq. (230498)
Jamie Serb, Esq. (289601)
**THE TURLEY LAW FIRM, APLC**
7428 Trade Street
San Diego, California 92101
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for GEORGE ZAMUDIO,
on behalf of himself, all others similarly situated,
and on behalf of the general public.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ZAMUDIO on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPRIDE SERVICES, INC.; and DOES 1-100,<br><br>Defendants. | Case No.  4:16-CV-02469-JSW<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE, EXTENSION OF CURRENT DEADLINE TO CONDUCT THE PARTIES' RULE 26(F) CONFERENCE AND TO FILE THE CASE MANAGEMENT STATEMENT** |

**THIS STIPULATION** is hereby entered into by and between Plaintiff George Zamudio and Defendant AmeriPride Services Inc. ("AmeriPride"):

**RECITALS**

**WHEREAS,** the Court issued an Order on May 17, 2016 requiring the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and to file a joint case management statement by August 5, 2016. (dkt. 9);

**WHEREAS,** the parties communicated on several occasions throughout May and June 2016, eventually agreeing to pursue early mediation;

**WHEREAS,** the Parties have scheduled a mediation with mediator Robert Kaplan for October 25, 2016;

**WHEREAS**, the parties do not seek this continuance for purposes of delay, but, rather, to seek a potential early resolution of the claims asserted;

**NOW, THEREFORE**, the parties hereby stipulate to, and request that the Court order that the Case Management Conference set for August 12, 2016 at 11:00 a.m. in Courtroom 5, the parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), and their deadline to file a joint case management statement shall be extended at least five months, to November 18, 2016.

**IT IS SO STIPULATED.**

Dated: July 12, 2016                    **THE TURLEY LAW FIRM, APLC**

                                By:    */s/ William Turley*
                                        William Turley
                                        Attorneys for Plaintiffs

Dated: July 12, 2016                    **DUANE MORRIS LLP**

                                By:    */s/ Julie Vogelzang*
                                        Julie Vogelzang
                                        Attorneys for Defendant

# [~~PROPOSED~~] ORDER

Having considered the Joint Stipulation submitted by the Parties, and for good cause appearing therefore, **IT IS SO ORDERED** that the Case Management Conference is continued until __December 2_____, 2016 at __11:00__ a.m./~~p.m~~. The Parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and file their joint case management statement seven days before the scheduled Case Management Conference.

Dated: __July 13, 2016_____     _____
Honorable Jeffrey S. White
United States District Court
Northern District